UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
**RAFIQ BIN BASHIR BIN**           :
**JALLUL ALHAMI**, <u>et</u> <u>al.</u>,    :
                                  :
    **Petitioners**,              :
                                  :
    v.                            :    **Civil Action No. 05-359 (GK)**
                                  :
**GEORGE W. BUSH**, <u>et</u> <u>al.</u>,      :
                                  :
    **Respondents**.              :
_____:

## <u>ORDER</u>

Upon consideration of the Government's Motion for Clarification and Reconsideration of this Court's November 6, 2008 Case Management Order and Supplemental Amended Orders or, in the Alternative, Motion for Certification for Appeal Pursuant to 28 U.S.C. § 1292(b) and to Stay Certain Obligations Pending Resolution of the Motion and any Appeal [Dkt. No. 116], and upon consideration of the Minute Order of November 20, 2008, and the Order of November 21, 2008 [Dkt. No. 1026] entered in Case No. 08-MC-442 by Judge Thomas Hogan, it hereby is

**ORDERED** that this Court adopts the Order entered by Judge Hogan on November 21, 2008 [Dkt. No. 1026, No. 08-MC-442; Dkt. No. 120, 05-GK-359].


November 26, 2008                    /s/_____
                                                  Gladys Kessler
                                                  United States District Judge

<u>**Copies**</u> <u>**to**</u>:  **Attorneys of Record via ECF**