**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
**RAFIQ BIN BASHIR BIN**                :
**JALLUL ALHAMI**, <u>et</u> <u>al</u>.,           :
                                       :
    **Petitioners**,                  :
                                       :
    v.                               :   **Civil Action No. 05-359 (GK)**
                                       :
**BARACK H. OBAMA**, <u>et</u> <u>al</u>.,          :
                                       :
    **Respondents**.                  :
_____:

### **ORDER**

A hearing on Petitioners' Motion for Summary Judgment is scheduled to take place on March 10, 2009. The Court will begin the hearing by giving a brief procedural background of the case to any observers in the courtroom. The Court anticipates that all arguments will then be closed to the public. Nonetheless, it is hereby

**ORDERED**, that if parties believe that their arguments, or portions thereof, can be presented in open court, rather than closed session, they should inform the Court no later than **March 5, 2009,**.

 

                                                  /s/
February 24, 2009                Gladys Kessler
                                        United States District Judge

<u>Copies to</u>: Attorneys of Record via ECF