**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
**RAFIQ BIN BASHIR BIN            :
JALLUL ALHAMI**, <u>et</u> <u>al.</u>,        :
                                 :
    Petitioners,             :
                                 :
    v.                       :   **Civil Action No. 05-359 (GK)**
                                 :
**BARACK H. OBAMA**, <u>et</u> <u>al.</u>,       :
                                 :
    Respondents.             :
_____:

<u>**ORDER**</u>

A Motions Hearing was held in this case on March 19, 2009, which took place in part in open court and in part in a sealed courtroom due to the discussion of classified information.  The matter is before the Court on Petitioners' Motion for Summary Judgment [Dkt. No. 74].  Upon consideration of the Motion, Opposition, Reply, oral argument, and the entire record herein, and for the reasons set forth below, it is hereby

**ORDERED**, that Petitioners' Motion for Summary Judgment is **denied.**  As stated in open court, and as stated in more detail in closed session, this decision rests on two bases.  First, as a procedural matter, summary judgment is inappropriate because Petitioners' Motion focuses on the wrong record.  Petitioners rely on the record as it existed before the filing of amended factual returns, and therefore make their case without due consideration of the additions and modifications that the Government made in its amended returns.  Second, material factual disputes exist, as

-2-

indicated in the Government's Opposition and as specified in the closed session; and it is further

**ORDERED**, that this case shall proceed under the Court's Case Management Order. Accordingly, the Government must produce exculpatory evidence by **April 10, 2009;** and it is further

**ORDERED**, that parties shall file by **April 23, 2009,** a Joint Status Report, indicating the progress that has been made regarding discovery; and it is further

**ORDERED**, that a Status Conference shall be held on **April 27, 2009, at 1:30 p.m.**

|  |  |
|---|---|
| March 19, 2009 | /s/<br>Gladys Kessler<br>United States District Judge |

Copies to:  Attorneys of Record via ECF